# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD GIBSON,<br><br>                Plaintiff,<br><br>v.<br><br>FIGUEROA, et al.,<br><br>                Defendants. | 1:19-cv-00533-DAD-JLT (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR REMOTE APPEARANCE OF REGINALD GIBSON, CDCR NO. P-38644**<br><br>**DATE:** May 24, 2021<br>**TIME:** 11:00 a.m. |

Jamien Washington, CDCR # P-31014, is a necessary participant in court proceedings on May 24, 2021, and is confined at Kern Valley State Prison, in the custody of the Warden. To secure the inmate's attendance, a Writ of Habeas Corpus ad Testificandum shall issue commanding the custodian of the prison to produce the inmate before Magistrate Judge Jennifer L. Thurston, United States District Court, Eastern District of California, by Zoom video conference on May 24, 2021, at 11:00 a.m.

## ACCORDINGLY, THE COURT ORDERS:

1. A Writ of Habeas Corpus ad Testificandum shall issue under the seal of this Court, commanding the Warden to produce the inmate named above to appear for proceedings in United States District Court at the date and time above, by Zoom video conference, until completion of the proceedings or as ordered by the Court; and

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** The Warden of Kern Valley State Prison

    **WE COMMAND** you to produce the inmate named above to appear before Judge McAuliffe on the date and time above, by Zoom video conference, until completion of the proceedings or as ordered by the Court.

    **FURTHER**, you are ordered to notify the Court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

    Dated: __**May 20, 2021**__            _/s/ Jennifer L. Thurston_
                                                             CHIEF UNITED STATES MAGISTRATE JUDGE