# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD GIBSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. FIGUEROA; S. SILVA,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00533-DAD-JLT (PC)<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE THE CASE** |

The parties have filed a stipulation of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. 38.) The rule provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *See Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999). Accordingly, the Clerk of Court is DIRECTED to close the case.

IT IS SO ORDERED.

　　Dated: **June 2, 2021**　　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE